**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

JACKSON OCTAVIEN,
Petitioner,

v.

CHRISTOPHER LAROSE, Warden, Otay Mesa Detention Center; et al.,
Respondents.

Case No.: 26-cv-5616-BJC-JAC

**ORDER SETTING BRIEFING SCHEDULE**

**[ECF No. 1]**

**ORDER**

The Court adopts the Standard Procedures for this Immigration Habeas Petition from Chief Judge Order No. 144, which is available on the court's website.

**IT IS SO ORDERED**.

Dated: October 2, 2026

Honorable Benjamin J. Cheeks
United States District Judge